UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL ANTHONY FEOLA,

        Petitioner,

  v.

JEFFEREY PERKINS,

        Respondent.

CASE NO. 3:24-cv-05078-JHC-GJL

ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*

This is a federal habeas action filed under 28 U.S.C. § 2254. Petitioner has moved to proceed with this action *In Forma Pauperis* ("IFP"). Petitioner's IFP Motion demonstrates that he is unable to afford the $5.00 filing fee. The IFP Motion (Dkt. 4) is therefore **GRANTED**. The Clerk is directed to file Petitioner's Petition for writ of habeas corpus without the prepayment of fees. The Clerk is further directed to send a copy of this Order to Petitioner.

Dated this 27th day of February, 2024.

*[signature]*

Grady J. Leupold
United States Magistrate Judge

ORDER GRANTING MOTION TO PROCEED IN
FORMA PAUPERIS - 1