UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL ANTHONY FEOLA,

        Petitioner,

   v.

JEFFEREY PERKINS,

        Respondent.

CASE NO. 3:24-cv-05078-JHC-GJL

ORDER FOR SERVICE AND RESPONSE TO MOTION TO STAY, § 2254 PETITION

This is a federal habeas action filed under 28 U.S.C. § 2254. Petitioner is currently incarcerated at the **Coyote Ridge Corrections Center** and is subject to the Court's Prisoner E-Filing Initiative pursuant to General Order 06-16. The Court, having reviewed Petitioner's federal habeas petition, hereby finds and **ORDERS** as follows:

(1)    <u>Service</u>

The Clerk shall arrange for service, by e-mail upon Respondent and upon the Attorney General of the State of Washington, of copies of the Petition (Dkt. 4-1), the Affidavit in Support of the Petition (Dkt. 4-3), the Motion to Stay and Abey (Dkt. 4-2), and this Order. The Clerk shall also direct a copy of this Order and of the Court's *pro se* instruction sheet to Petitioner.

1   (2)   Response and Answer

2   At this time, Respondent is directed to respond only to Petitioner's Motion to Stay and

3   Abey. The Clerk is directed to note the Motion for **March 15, 2024**; Respondent shall file his

4   response on or before **March 11, 2024**, and Petitioner may file a reply on or before **March 15,**

5   **2024**.

6   Within *forty-five (45) days* after the Court has issued an order on the Motion to Stay (or,

7   if a stay is granted, from the time the stay is lifted), Respondent shall file and serve an answer in

8   accordance with Rule 5 of the Rules Governing Section 2254 Cases in United States District

9   Courts. As part of such answer, Respondent shall state whether Petitioner has exhausted

10   available state remedies and whether an evidentiary hearing is necessary. Respondent shall not

11   file a dispositive motion in place of an answer without first showing cause as to why an answer is

12   inadequate. Respondent shall file the answer with the Clerk of the Court and serve a copy of the

13   answer on Petitioner.

14   The answer will be treated in accordance with LCR 7. Accordingly, on the face of the

15   answer, Respondent shall note it for consideration on the fourth Friday after filing. Petitioner

16   may file and serve a response not later than the Monday immediately preceding the Friday

17   designated for consideration of the matter, and Respondent may file and serve a reply not later

18   than the Friday designated for consideration of the matter.

19   (3)   Filing by Parties, Generally

20   All attorneys admitted to practice before this Court are required to file documents

21   electronically via the Court's CM/ECF system. Petitioner shall file all documents electronically.

22   All filings must indicate in the upper right-hand corner of the name of the United States Magistrate

23   Judge to whom the document is directed.

24

ORDER FOR SERVICE AND RESPONSE TO
MOTION TO STAY, § 2254 PETITION - 2

Any document filed with the Court must be accompanied by proof that it has been served upon all parties that have entered a notice of appearance in the underlying matter. Petitioner shall indicate the date the document is submitted for e-filing as the date of service.

(4) <u>Motions</u>

Any request for court action shall be set forth in a motion, properly filed and served. Pursuant to LCR 7(b), any argument being offered in support of a motion shall be submitted as a part of the motion itself and not in a separate document. The motion shall include in its caption (immediately below the title of the motion) a designation of the date the motion is to be noted for consideration on the Court's motion calendar.

(5) <u>Direct Communications with District Judge or Magistrate Judge</u>

No direct communication is to take place with the District Judge or Magistrate Judge with regard to this case. All relevant information and papers are to be directed to the Clerk.

Dated this 27th day of February, 2024.

Grady J. Leupold
United States Magistrate Judge

ORDER FOR SERVICE AND RESPONSE TO
MOTION TO STAY, § 2254 PETITION - 3