UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL ANTHONY FEOLA,<br><br>                Petitioner,<br>   v.<br><br>KAREN ARNOLD,<br><br>                Respondent. | CASE NO. 3:24-cv-05078-JHC-GJL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed de novo, the Report and Recommendation of Magistrate Judge Grady J. Leupold, Dkt. # 29, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation to which Petitioner did not object.

(2) The Court finds Petitioner's federal claims in Grounds One and Two are procedurally defaulted, and that the federal claim in Ground Three is without merit. As such, Petitioner's Amended Petition (Dkt. 23) is denied and this action dismissed with prejudice.

(3) No evidentiary hearing is required, and a certificate of appealability is denied in this case.

(4) The Clerk is directed to send copies of this Order to Petitioner, to counsel for Respondent, and to the Hon. Grady J. Leupold.

**DATED** this 22nd day of September, 2025.

                                                                          JOHN H. CHUN
                                                                          United States District Judge