UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL ANTHONY FEOLA,

        Petitioner,

  v.

KAREN ARNOLD,

        Respondent.

CASE NO. 3:24-cv-05078-JHC-GJL

**ORDER**

Before the Court is Petitioner's motion for reconsideration. Dkt. # 32. The Court has reviewed the motion, the rest of the file, and the governing law. For the reasons below, the Court DENIES the motion.

"Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." LCR 7(b)(1). Petitioner does not satisfy this standard.

The Court found Petitioner's federal claims in Grounds One and Two to be procedurally defaulted, and that the federal claim in Ground Three to be without merit. Dkt. # 30. The motion for reconsideration does not appear to engage with the thorough analysis in the Honorable Grady Leupold's Report and Recommendation at Dkt. # 29. It clearly does not show manifest error or "new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." *See* Dkt. # 32; LCR 7(b)(1).

ORDER - 1

Thus, the Court DENIES the motion.  The Court also DENIES as moot Petitioner's motion at Dkt. # 33.

**DATED** this 8th day of October, 2025.

JOHN H. CHUN
United States District Judge

ORDER - 2